**U.S. District Court [LIVE]**
**Western District of Texas (Midland)**
**CIVIL DOCKET FOR CASE #: 7:07-cv-00104-RAJ**

# Internal Use Only

Thetford et al v. Davol Inc. et al.
Assigned to: Judge Robert A. Junell
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/13/2007
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Tina Sue Thetford**
*Individually and as Next Friends of Charles Thetford*

represented by **Alfred W. Ellis**
Howie & Sweeney, L.L.P.
Suite 1400, Park Place on Turtle Creek
2911 Turtle Creek Boulevard
Dallas, TX 75219
(214)523-8800
Fax: (214)523-8888
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ricky Allen Thetford**
*Individually and as of next friend of Charles Preston Thetford*

represented by **Alfred W. Ellis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A true copy of the original, I certify.
Clerk, U.S. District Court
By Deputy

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2007 | | (Court only) ***Attorney Alfred W. Ellis for Tina Sue Thetford and Ricky Allen Thetford added. (vt, ) (Entered: 12/14/2007) |
| 12/13/2007 | 1 | COMPLAINT ( Filing fee $ 350 receipt number 421266), filed by Tina Sue Thetford, Ricky Allen Thetford.(vt, ) (Entered: 12/14/2007) |
| | | |

| | | |
|---|---|---|
| 12/13/2007 | 2 | JS44 submitted by Tina Sue Thetford, Ricky Allen Thetford. (vt, ) (Entered: 12/14/2007) |
| 12/13/2007 | 3 | Summons Issued as to C.R. Bard, Inc.. (vt, ) (Entered: 12/14/2007) |
| 12/13/2007 | 4 | Summons Issued as to Davol, Inc.. (vt, ) (Entered: 12/14/2007) |
| 02/11/2008 | 5 | ORDER OF TRANSFER TO MDL 1842; KUGEL MESH HERNIA PATCH PRODUCTS (Rhode Island). Signed by Judge Unassigned. (sm, ) (Entered: 02/11/2008) |
| 02/11/2008 | 6 | Letter/Correspondence on transfer to MDL 1842. (sm, ) (Entered: 02/11/2008) |